3:17-CR-00167

04/17/2020

RECEIVED
APR 20 2020
US DISTRICT COURT
MID DIST TENN

United States District Court
Middle District of TN
Honorable Judge
Waverly D. Crenshaw , Jr.

Honorable Judge,

The intention for this letter is regarding my father Homero Quintanilla Navarro. Who is in in Louisiana FCI Oakdale ii Jail .My family and I are worried about my father's health. He is a high-risk Inmate with High Blood Pressure, Diabetes, Liver Dysfunction and High Cholesterol. Due to COVID 19 Pandemic, we are trying to help my father not be one of the inmates who have died in that jail. Per the ACLU of Louisiana website, they have 8 deaths and probably numerous inmates infected and as well personnel and officers. I know my father is in jail for all the bad decisions he made in life. Everyone makes mistakes and many of them get second chances to amend their mistakes. I would like my father to have that chance to prove himself and make an honorable life with my siblings that still need their father in their life. I have called FCI Oakdale ii in Louisiana multiple times to see if he could be released or deported, or too see if we have any other options I have to take or if I should contact an attorney to help me with this. I have called the federal prison where my father is located and they are not giving any information out. I have tried to speak to my father's counselor and the medical personnel inside the prison to get information about the steps that I should take or who to contact. They keep on telling me that they are on lock down and there is no staff there. I am worried about my father, I live in Tennessee, PLEASE HELP. I know he has to be the one who completes this motion but he is my father and that's why I am sending this letter. What ever you recommend YOUR HONOR, if he is deported, we are fine with that, we want my father to be in a safe place. Even though it's far from my family and sibling's.. Thank You Your Honor.

Sincerely Thank you,

Alma G. Crescencio
608 Zellwood Dr.
Lavergne Tn. 37086
Almac1309@gmail.com

Inmate
Homero Quintanilla Navarro
Register Number is
#50338-79

# TELL GOVERNOR EDWARDS AND THE TRUMP ADMINISTRATION TO RELEASE VULNERABLE LOUISIANANS FROM PRISON

As the COVID-19 pandemic threatens the lives of thousands of Louisianans, public health experts are warning that the state's overcrowded prisons and jails are becoming tinderboxes for this disease.

Louisiana's prisons and jails, where social distancing and other mitigation measures recommended by the CDC are impossible, now pose an imminent threat to the people incarcerated there as well as the surrounding communities. At the federal prison in Oakdale, a COVID-19 outbreak has already claimed the lives of five human beings, including a father who was serving a 30-year sentence for a drug offense.

Mass incarceration, already a harmful miscarriage of justice, is now an urgent threat to public health. This is especially true for Black Louisianans who are disproportionately impacted by our broken criminal legal system.

Take action now and tell Governor Edwards and the Trump administration to heed the advice of public health experts and release elderly and vulnerable people from prison.

## SUPPORT THIS PETITION

To: Governor John Bel Edwards and federal officials

Releasing vulnerable people from prison is vital to combating the spread of COVID-19. The crowded conditions in our corrections facilities, where social distancing is impossible, is now putting all Louisianans at risk. Please release vulnerable people now so they can safely social distance and help stop the spread of this deadly disease.

| First name * | Last name * |
|---|---|

ACLU of Louisiana

Menu Donate

# ACLU SUES OAKDALE FEDERAL PRISON FOR RELEASE OF THOSE MOST AT RISK FROM COVID-19

APRIL 6, 2020



Photo: Flickr/PROThomas Hawk

WASHINGTON – The American Civil Liberties Union, the ACLU of Louisiana, and Katten Muchin Rosenman LLP sued Warden Rodney Myers and the Federal Bureau of Prisons (BOP) Director Michael Carvajal today on behalf of incarcerated people at the Oakdale Federal Detention Centers in Oakdale, Louisiana. The legal team seeks the release of people who are incarcerated and at high risk for serious illness or death in the event of COVID-19 infection due to age and/or underlying medical conditions.

Oakdale prison has confirmed five coronavirus-related deaths since the pandemic started – more than any other BOP facility. While the urgency of getting people out of this prison has been acknowledged even by Attorney General William Barr, who issued a directive last week to reduce the number of people in the prison, that directive was based on a case-by-case analysis. In this lawsuit, the ACLU argues this posture is too slow. The five people who have died in Oakdale all died after his directive was first issued.

"Public health experts have repeatedly warned that COVID-19 will spread rapidly once it enters prisons, jails, and detention centers – both within the facilities and in the communities that surround them," said Somil Trivedi, senior staff attorney at the ACLU's Criminal Law Reform Project. "The Department of Justice has finally recognized the tremendous humanitarian and public health crisis that our mass incarceration crisis presents during this pandemic – around the country and especially in Louisiana. We share the department's goal of stopping COVID-19 in its tracks, but are deeply concerned that relief is coming too slowly. We must act now to avoid the worst-case scenario here."

Louisiana is home to one of the largest COVID-19 outbreaks in the country. A recent study from the University of Louisiana at Lafayette found that cases grew at a rate of 68.7 percent in the two weeks after the first case was reported in the state. This is the fastest growth rate in the country. Flattening the curve of outbreaks within the federal detention center will be critical to limiting the pressure on already overloaded medical resources.

"Public health experts are consistent in warning that prisons and jails are extremely dangerous incubators for this disease. Conditions are now deadly – threatening the health of incarcerated people, staff and the surrounding community," said Alanah Odoms Herbert, executive director at the ACLU of Louisiana. "What we are seeing on the ground does not encourage us that the federal government is acting

Alma Crescencio
608 Zellwood Dr
Lavergne TN 37086

NASHVILLE TN 370
17 APR 2020 PM 5 L




RECEIVED
APR 20 2020
US DISTRICT COURT
MID DIST TENN

US District Court.
Honorable Judge
Waverly D. Crenshaw, Jr.
801 Broadway #800
Nashville, TN 37203.

37203-381495