By: Homero Quintanilla Navarro
Homero Navarro #50338279
Petitioner
to: United States of America
United States District Judge

3:17-CR-00167-1

Homero Quintanilla Navarro

Introduction
RECEIVED
APR 24 2020
US DISTRICT COURT
MID DIST TENN

I the Defendant Homero Navarro Pro Se Defendant have previously filed a motion to reduce Sentence pursuant to 603(b) of the First Step Act of 2018, pub. L. No 115-391, § 404, 132 Stat. 5194, 5220 of 2018, pub. L. No 115-391 "FSA" or Act which amended 18 U.S. (3582)(e) expanding the Circumstances under which federal prison Imates may Seek Compassionate release.

I, Homero Navarro have recorded with B.O.P. High Blood pressure, liver problems, and diabetes, due to the Severe outbreak of Covid-19 outbreak with officers & hundreds of Severly sick inmates, her at F.C.I Oakdale, La as Im Sure this Court Can See on television how bad it really is here under the Circumstances & ask this Court to See myself going to be released not to far in the Distant future. I ask this Court to take into consideration the Seriousness of the Circumstances here at F.C.I. Oakdale Louisiana and Consider releasing me to I.C.E so I may go back to my Country in Mexico. and see Section 3582 (c)1. permitts a Sentencing Court to reduce a term of imprisonment if it finds that extraordinery and Compelling reasons warrant Such a reduction. Thank you for your time.

Homero Quintanilla Naranjo #30338-279
FCI II Oakdale
P.O. Box 5010
Oakdale LA 71463

Honorable Waverly D. Crenshaw Jr
801 Broadway, Room 800

