Homero Quintanilla Navarro
# 50338-279
Caso 3:17-cr-00167
Fecha 04/18/2020

5010 P.O. Box
FCI # Oakdale
Oakdale LA 71463

RECEIVED in Clerk's Office APR 27 2020 U.S. District Court Middle District of TN

Estimado Jues Waverly D Crenshaw Jr. mi carta es para que por favor seme tome en cuenta pues yo sufro de problemas cronicos de salud. como de diabetes alta precion colesterol y problemas del higado Señor Jues le pido una opor tu nidad pues yo se que cometi errores en mi vida pero tamvien se que puedo ser mejor para todas las perzonas y para estar con mis !jos señor Jues le pido por favor que meden una opor tu nidad y me den la compasion liberada pues yo vivo muy nervioso y con miedo como uste sabra a ki la mayoria de jente con problemas con diabetis es muy dificil que sobreviva contra el Covi-19 virus es dificil que sobrevivo. Señor Jues humilde mente le pido una opor tu nidad Gracias y Que Dios melo Bendiga

x [signature]

Aki' lla murieron 8 personas

Homero Quintanilla Vamas # 30338-274
P.O. Box 5010
Fci II Oakdyle
Oakdyle LA 71463

SHREVEPORT LA 710
23 APR 2020 PM 2 L

RECEIVED
in Clerk's Office
APR 27 2020
U.S. District Court
Middle District of TN

Honorable Waverly D. Crenshaw Jr
Federal Building
801 Broadway Room 800
Nashville TN

