Regarding Homero Quintanilla Navarro
register # 50338.279
Date 04/18/2020

To: R. Myers complex warden
The purpose for my letter is dee
To the fact I am concerned of my
health condition with covid-19 I have
diabetes High cholesterol High blood pressure
and Liver problems I am concerened with
my medical health been High risk
I am seeing if I can get compassionate
release under the cures Act See
United States vs Calvin
N: 3.19 cr 179 (C)(a) 202 WL 1613943
Cc conn apa 2020

Thank you

* Jesus