Motion (DE #35) GRANTED.

*[signature]*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:17OCR-167 |
| ) | JUDGE TRAUGER |
| HOMERO QUINTANILLA ) | |
| NAVARRO | |

### MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE

Comes Michael C. Holley, Assistant Federal Public Defender, and hereby gives notice of his appearance in this matter and requests that all documents filed from this date forward be served upon him. Furthermore, the Court is moved to substitute AFPD Michael C. Holley for Mr. James Wiggington as counsel of record.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY (BPR #021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Homero Quintanilla Navarro

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2020, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Amanda Klopf, Assistant United States Attorneys, Office of the U.S. Attorney, 110 Ninth Avenue North, Suite A961, Nashville, Tennessee, 37203.

*s/ Michael C. Holley*
MICHAEL C. HOLLEY