IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:17-cr-00167 |
| | ) | Judge Trauger |
| HOMERO QUINTANILLA NAVARRO | ) | |

**ORDER**

The defendant, through counsel, filed a Motion for Compassionate Release under the First Step Act of 2018, Pub. L. 115-391, due to the COVID-19 pandemic (Docket No. 36), on May 23, 2020. It is hereby ORDERED that the government shall respond to this motion by Thursday, June 4, 2020.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE