**Motion (DE #39) GRANTED.**

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:17-cr-00167 |
| | ) Judge Trauger |
| HOMERO NAVARRO QUINTANILLA | ) |

### MOTION FOR LEAVE TO FILE UNDER SEAL

Through counsel, defendant Homero Navarro Quintanilla requests that the Court allow him to file his medical records. Administrative Practices and Procedures for Electronic Case Filing (ECF) requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the documents to be filed under seal contain protected, confidential medical information and counsel therefore requests to file them under seal.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Homero Navarro Quintanilla

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2020, I electronically filed this *Motion for Leave to File Under Seal* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Taylor J. Phillips, Assistant United States Attorneys, Office of the U.S. Attorney, 110 Ninth Avenue North, Suite A961, Nashville, Tennessee, 37203.

*s/ Michael C. Holley*
MICHAEL C. HOLLEY