UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NO. 3:17-cr-00167 |
| ) | Judge Trauger |
| HOMERO QUINTANILLA NAVARRO ) | |
| ) | ORDER ON MOTION FOR |
| ) | REDUCTION OF SENTENCE |
| ) | UNDER 18 U.S.C.§3582 (c)(1)(A) |
| ) | (COMPASSIONATE RELEASE) |

Upon motion of the defendant for a reduction in sentence pursuant to 18 U.S.C.§3582(c)(1)(A) (Docket Nos. 34, 36), to which the government has responded (Docket No. 42) and the defendant has filed a Reply (Docket No. 43), after considering the applicable factors set forth in 18 U.S.C.§3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a reduction is warranted, it is hereby ORDERED that the motion is DENIED after complete review of the motion on its merits.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE